**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MATOBA, TIMOTHY K.<br>    MATOBA, KIMBERLY S.<br><br>Debtor(s) | § Case No. 16-27750<br>§<br>§<br>§ |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 30, 2016. The undersigned trustee was appointed on August 30, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       16,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 3,282.83 |
   | Bank service fees | 148.13 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 4,359.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 8,210.04 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/06/2017 and the deadline for filing governmental claims was 02/27/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,914.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,914.10, for a total compensation of $1,914.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.08, for total expenses of $6.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2017            By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-27750  
**Case Name:** MATOBA, TIMOTHY K.  
MATOBA, KIMBERLY S.  
**Period Ending:** 11/28/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 08/30/16 (f)  
**§341(a) Meeting Date:** 09/26/16  
**Claims Bar Date:** 01/06/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1300 Burke Lane, South Elgin, IL 60177-0000, Kane County<br>Single-family home<br>Entire property value: $190,000.00 | 190,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2005 Chevy Trailblazer, 150,000 miles. | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2004 Hyundai Santa Fe, 125,000 miles. | 1,927.00 | 0.00 | | 0.00 | FA |
| 4 | 2013 Jayco Jayflight trailer, Purchased in 2013 for $30,000. 33' long model. Currently stored at Blackhawk Camping Resort, 3407 E Blackhawk Dr, Milton, WI 53563.. | 18,500.00 | 10,000.00 | | 16,000.00 | FA |
| 5 | Household goods & furniture | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Cell Phone (3) | 200.00 | 0.00 | | 0.00 | FA |
| 7 | TV Set | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing for 2 adults, 1 teenage son | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Elgin State Bank | 1,541.00 | 0.00 | | 0.00 | FA |
| 11 | Savings: Elgin State Bank | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: First Community Bank (Elgin, IL).<br>Bank account of Line Construction Supply Company. | 700.00 | 0.00 | | 0.00 | FA |
| 13 | Line Construction Supply Company (tool distributor), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 529 Plan (Son) - BlackRock College Advantage 529 | 14,238.65 | 0.00 | | 0.00 | FA |
| 15 | Line Construction Supply Company accounts receivable | 320.00 | 0.00 | | 0.00 | FA |
| 16 | Line Construction Supply Company inventory: compresson dies/tools for sale. Inventory is highly-specialized and has remained unsold for an extended period of time. | 8,000.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets** **Totals** (Excluding unknown values) | **$239,326.65** | **$10,000.00** | | **$16,000.00** | **$0.00** |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-27750  
**Case Name:** MATOBA, TIMOTHY K.  
MATOBA, KIMBERLY S.  
**Period Ending:** 11/28/17

**Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 08/30/16 (f)  
**§341(a) Meeting Date:** 09/26/16  
**Claims Bar Date:** 01/06/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Trustee has employed Rob Nord  and Martin Auction as auctioneers to sell the 2013 Jayco Trailer

**Initial Projected Date Of Final Report (TFR):**   October 15, 2017       **Current Projected Date Of Final Report (TFR):**   October 15, 2017

Printed: 11/28/2017 12:43 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-27750  
**Case Name:** MATOBA, TIMOTHY K.  
MATOBA, KIMBERLY S.  
**Taxpayer ID #:** **-***2508  
**Period Ending:** 11/28/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****623066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/17 | {4} | Martin Auction Services LLC | Liquidation of Personal Property | 1129-000 | 16,000.00 | | 16,000.00 |
| 03/31/17 | 101 | Martin Auction | Auctioneer commission pursuant to Order entered 3/24/17 | 3610-000 | | 800.00 | 15,200.00 |
| 03/31/17 | 102 | Martin Auction | Auction expenses pursuant to Order entered 3/24/17 | 3620-000 | | 2,482.83 | 12,717.17 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.87 | 12,700.30 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.62 | 12,681.68 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.06 | 12,661.62 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.21 | 12,643.41 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.57 | 12,625.84 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.97 | 12,605.87 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.52 | 12,588.35 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.31 | 12,569.04 |
| 11/07/17 | 101 | Timothy and Kimberly Matoba | Debtors' claimed exemption in trailer | 8100-002 | | 4,359.00 | 8,210.04 |
| | | | **ACCOUNT TOTALS** | | 16,000.00 | 7,789.96 | **$8,210.04** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,000.00 | 7,789.96 | |
| | | | Less: Payments to Debtors | | | 4,359.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,000.00** | **$3,430.96** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****623066** | 16,000.00 | 3,430.96 | 8,210.04 |
| | $16,000.00 | $3,430.96 | $8,210.04 |

{} Asset reference(s)

Printed: 11/28/2017 12:43 PM   V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 6, 2017

**Case Number:** 16-27750
**Debtor Name:** MATOBA, TIMOTHY K.

Page: 1

**Date:** November 28, 2017
**Time:** 12:43:51 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,914.10 | $0.00 | 1,914.10 |
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6.08 | $0.00 | 6.08 |
| ATTYEXP<br>200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $34.43 | $0.00 | 34.43 |
| ATTYFEES<br>200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,227.00 | $0.00 | 2,227.00 |
| 1P<br>570 | Internal Revenue Service<br>230 S. Dearborn St.,<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Priority | Amended claim | $8,768.16 | $0.00 | 8,768.16 |
| 1U<br>610 | Internal Revenue Service<br>230 S. Dearborn St.,<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Unsecured | Amended claim | $397.57 | $0.00 | 397.57 |
| 2<br>610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $13,627.29 | $0.00 | 13,627.29 |
| 3<br>610 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Unsecured | | $10,498.38 | $0.00 | 10,498.38 |
| 4<br>610 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $794.77 | $0.00 | 794.77 |
| 5<br>610 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $136.62 | $0.00 | 136.62 |
| 6<br>610 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Unsecured | | $18,083.56 | $0.00 | 18,083.56 |
| 7<br>610 | Presence Health<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $1,052.60 | $0.00 | 1,052.60 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 6, 2017

**Case Number:** 16-27750  
**Debtor Name:** MATOBA, TIMOTHY K.

Page: 2

**Date:** November 28, 2017  
**Time:** 12:43:51 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | | $16,166.70 | $0.00 | 16,166.70 |
| 9 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | | $18,927.04 | $0.00 | 18,927.04 |
| 10 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | | $748.41 | $0.00 | 748.41 |
| **<< Totals >>** | | | | 93,382.71 | 0.00 | 93,382.71 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                Exhibit D

Case No.: 16-27750  
Case Name: MATOBA, TIMOTHY K.  
Trustee Name: THOMAS E. SPRINGER, TRUSTEE  

**Balance on hand:**                    $        8,210.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00  
Remaining balance:    $        8,210.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,914.10 | 0.00 | 1,914.10 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 6.08 | 0.00 | 6.08 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,227.00 | 0.00 | 2,227.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 34.43 | 0.00 | 34.43 |

Total to be paid for chapter 7 administration expenses:    $        4,181.61  
Remaining balance:    $        4,028.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00  
Remaining balance:    $        4,028.43

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,768.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 8,768.16 | 0.00 | 4,028.43 |

| | Total to be paid for priority claims: | $ | 4,028.43 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,432.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 397.57 | 0.00 | 0.00 |
| 2 | American InfoSource LP as agent for | 13,627.29 | 0.00 | 0.00 |
| 3 | MIDLAND FUNDING LLC | 10,498.38 | 0.00 | 0.00 |
| 4 | Capital One NA | 794.77 | 0.00 | 0.00 |
| 5 | Capital One NA | 136.62 | 0.00 | 0.00 |
| 6 | Bureaus Investment Group Portfolio No 15 LLC | 18,083.56 | 0.00 | 0.00 |
| 7 | Presence Health | 1,052.60 | 0.00 | 0.00 |
| 8 | PYOD, LLC its successors and assigns as assignee | 16,166.70 | 0.00 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee | 18,927.04 | 0.00 | 0.00 |
| 10 | PYOD, LLC its successors and assigns as assignee | 748.41 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**