UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MATOBA, TIMOTHY K., and** | ) | Bankruptcy No. 16-27750 |
| **MATOBA, KIMBERLY S.,** | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on December 1, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

CARL F. SAFANDA, ESQ
Safanda Law Firm
111 East Side Drive
Geneva, IL 60134

**VIA REGULAR MAIL**

MATOBA, TIMOTHY K.
MATOBA, KIMBERLY S.
1300 BURKE LANE
SOUTH ELGIN, IL 60177

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090

Internal Revenue Service
230 S. Dearborn St.,
Mail Stop 5010 CHI
Chicago, IL 60604

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Presence Health
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Bureaus Investment Group
Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,
PO Box 19008
Greenville, SC 29602

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000