**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MATOBA, TIMOTHY K.          §   Case No. 16-27750
       MATOBA, KIMBERLY S.         §
                                    §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $220,826.65          Assets Exempt: $59,865.65
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,028.43          Claims Discharged
                                                     Without Payment: $85,172.67

Total Expenses of Administration: $7,612.57

3)  Total gross receipts of $      16,000.00    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      4,359.00   (see **Exhibit 2**), yielded net receipts of  $11,641.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,612.57 | 7,612.57 | 7,612.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,600.00 | 8,768.16 | 8,768.16 | 4,028.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,052.60 | 80,432.94 | 80,432.94 | 0.00 |
| **TOTAL DISBURSEMENTS** | $10,652.60 | $96,813.67 | $96,813.67 | $11,641.00 |

4)  This case was originally filed under Chapter 7 on August 30, 2016. The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2018            By: /s/THOMAS E. SPRINGER
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Jayco Jayflight trailer, Purchased in 2013 | 1129-000 | 16,000.00 |
| **TOTAL GROSS RECEIPTS** | | $16,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Timothy and Kimberly Matoba | Debtors' claimed exemption in trailer | 8100-002 | 4,359.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,359.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,914.10 | 1,914.10 | 1,914.10 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 6.08 | 6.08 | 6.08 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 34.43 | 34.43 | 34.43 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 2,227.00 | 2,227.00 | 2,227.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - Martin Auction | 3610-000 | N/A | 800.00 | 800.00 | 800.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Auctioneer for Trustee Expenses - Martin Auction | 3620-000 | N/A | 2,482.83 | 2,482.83 | 2,482.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.87 | 16.87 | 16.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.62 | 18.62 | 18.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.06 | 20.06 | 20.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.21 | 18.21 | 18.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.57 | 17.57 | 17.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.97 | 19.97 | 19.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.52 | 17.52 | 17.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.31 | 19.31 | 19.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,612.57 | $7,612.57 | $7,612.57 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 9,600.00 | 8,768.16 | 8,768.16 | 4,028.43 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $9,600.00 | $8,768.16 | $8,768.16 | $4,028.43 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 397.57 | 397.57 | 0.00 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 13,627.29 | 13,627.29 | 0.00 |
| 3 | MIDLAND FUNDING LLC | 7100-000 | N/A | 10,498.38 | 10,498.38 | 0.00 |
| 4 | Capital One NA | 7100-000 | N/A | 794.77 | 794.77 | 0.00 |
| 5 | Capital One NA | 7100-000 | N/A | 136.62 | 136.62 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 18,083.56 | 18,083.56 | 0.00 |
| 7 | Presence Health | 7100-000 | 1,052.60 | 1,052.60 | 1,052.60 | 0.00 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 16,166.70 | 16,166.70 | 0.00 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 18,927.04 | 18,927.04 | 0.00 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 748.41 | 748.41 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,052.60 | $80,432.94 | $80,432.94 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-27750 | **Trustee:**   (330640)   THOMAS E. SPRINGER |
| **Case Name:**   MATOBA, TIMOTHY K. | **Filed (f) or Converted (c):** 08/30/16 (f) |
| MATOBA, KIMBERLY S. | **§341(a) Meeting Date:** 09/26/16 |
| **Period Ending:** 04/24/18 | **Claims Bar Date:** 01/06/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled And Unscheduled (u) Property)** | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1300 Burke Lane, South Elgin, IL 60177-0000, Kane County. Single-family home. Entire property value: $190,000.00 | 190,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2005 Chevy Trailblazer, 150,000 miles. | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2004 Hyundai Santa Fe, 125,000 miles. | 1,927.00 | 0.00 | | 0.00 | FA |
| 4 | 2013 Jayco Jayflight trailer, Purchased in 2013 for $30,000. 33' long model. Currently stored at Blackhawk Camping Resort, 3407 E Blackhawk Dr, Milton, WI 53563.. | 18,500.00 | 10,000.00 | | 16,000.00 | FA |
| 5 | Household goods & furniture | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Cell Phone (3) | 200.00 | 0.00 | | 0.00 | FA |
| 7 | TV Set | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing for 2 adults, 1 teenage son | 300.00 | 0.00 | | 0.00 | FA |
| 9 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Elgin State Bank | 1,541.00 | 0.00 | | 0.00 | FA |
| 11 | Savings: Elgin State Bank | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: First Community Bank (Elgin, IL). Bank account of Line Construction Supply Company. | 700.00 | 0.00 | | 0.00 | FA |
| 13 | Line Construction Supply Company (tool distributor), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 529 Plan (Son) - BlackRock College Advantage 529 | 14,238.65 | 0.00 | | 0.00 | FA |
| 15 | Line Construction Supply Company accounts receivable | 320.00 | 0.00 | | 0.00 | FA |
| 16 | Line Construction Supply Company inventory: compresson dies/tools for sale. Inventory is highly-specialized and has remained unsold for an extended period of time. | 8,000.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets**   Totals (Excluding unknown values) | **$239,326.65** | **$10,000.00** | | **$16,000.00** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-27750

**Case Name:** MATOBA, TIMOTHY K.
MATOBA, KIMBERLY S.

**Period Ending:** 04/24/18

**Trustee:** (330640)   THOMAS E. SPRINGER

**Filed (f) or Converted (c):** 08/30/16 (f)

**§341(a) Meeting Date:** 09/26/16

**Claims Bar Date:** 01/06/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Trustee has employed Rob Nord and Martin Auction as auctioneers to sell the 2013 Jayco Trailer

**Initial Projected Date Of Final Report (TFR):**     October 15, 2017

**Current Projected Date Of Final Report (TFR):**     November 28, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-27750 | **Trustee:** THOMAS E. SPRINGER (330640) |
| **Case Name:** | MATOBA, TIMOTHY K. | **Bank Name:** Rabobank, N.A. |
| | MATOBA, KIMBERLY S. | **Account:** ****623066 - Checking Account |
| **Taxpayer ID #:** | **-***2508 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/24/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/09/17 | {4} | Martin Auction Services LLC | Liquidation of Personal Property | 1129-000 | 16,000.00 | | 16,000.00 |
| 03/31/17 | 101 | Martin Auction | Auctioneer commission pursuant to Order entered 3/24/17 | 3610-000 | | 800.00 | 15,200.00 |
| 03/31/17 | 102 | Martin Auction | Auction expenses pursuant to Order entered 3/24/17 | 3620-000 | | 2,482.83 | 12,717.17 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.87 | 12,700.30 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.62 | 12,681.68 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.06 | 12,661.62 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.21 | 12,643.41 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.57 | 12,625.84 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.97 | 12,605.87 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.52 | 12,588.35 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.31 | 12,569.04 |
| 11/07/17 | 101 | Timothy and Kimberly Matoba | Debtors' claimed exemption in trailer | 8100-002 | | 4,359.00 | 8,210.04 |
| 01/19/18 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $34.43, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 34.43 | 8,175.61 |
| 01/19/18 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,227.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,227.00 | 5,948.61 |
| 01/19/18 | 104 | Internal Revenue Service | Dividend paid 45.94% on $8,768.16; Claim# 1P; Filed: $8,768.16; Reference: | 5800-000 | | 4,028.43 | 1,920.18 |
| 01/19/18 | 105 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,920.18 | 0.00 |
| | | | Dividend paid 100.00%     1,914.10 on $1,914.10; Claim# ; Filed: $1,914.10 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     6.08 on $6.08; Claim# ; Filed: $6.08 | 2200-000 | | | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 16,000.00 | 16,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 16,000.00 | 16,000.00 | |
| Less: Payments to Debtors | | | 4,359.00 | |
| **NET Receipts / Disbursements** | | $16,000.00 | $11,641.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-27750 | **Trustee:** THOMAS E. SPRINGER (330640) |
| **Case Name:** MATOBA, TIMOTHY K. | **Bank Name:** Rabobank, N.A. |
| MATOBA, KIMBERLY S. | **Account:** ****623066 - Checking Account |
| **Taxpayer ID #:** **-***2508 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/24/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****623066** | **16,000.00** | **11,641.00** | **0.00** |
| | **$16,000.00** | **$11,641.00** | **$0.00** |

{} Asset reference(s)

Printed: 04/24/2018 01:54 PM    V.13.32